IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL SWISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:10-cv-670-MEF |
| | ) | |
| SANDRA GILES, *et al.*, | ) | (WO – DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the court on the Plaintiff's Motion for Restraining Order (Doc. # 7). Upon consideration of the Plaintiff's submission, the Motion is hereby ORDERED DENIED.

DONE this the 15th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE